**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,               :
                                        :
     **Plaintiff**                    :
                                        :
     **v.**                          :    **CASE NO. 1:05CV01280**
                                        :
**FORTY-EIGHT THOUSAND NINE**           :    **(Judge Henry H. Kennedy)**
**HUNDRED DOLLARS ($48,900.00)**        :
**IN UNITED STATES CURRENCY,**          :
                                        :
     **Defendant**                   :

## CLAIM OF GISELA AMADOR

Gisela Amador hereby makes claim as the owner of the property alleged to be subject to forfeiture in this case as described above, specifically, $48,900.00 in United States currency.

I declare under penalty of perjury, as provided by 28 U.S.C. §1746, that I am the owner of the property listed above.

Respectfully submitted,

Dated: 7-8-05

*Gisela Amador*
Gisela Amador

Counsel for Claimant:

*David B Smith*
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia 22314
(703) 548-8911
Facsimile (703) 548-8935

1

## Certificate of Service

I hereby certify that a true copy of the foregoing claim was mailed, first class, postage prepaid, on this / 4 th day of July, 2005, to AUSA Michael A. Humphreys, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20530.

David Smith

David B. Smith