IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v. : | CASE NO. 1:05CV01280 |
| : | |
| **FORTY-EIGHT THOUSAND NINE** : | (Judge Henry H. Kennedy) |
| **HUNDRED DOLLARS ($48,900.00)** : | |
| **IN UNITED STATES CURRENCY,** : | |
| : | |
| **Defendant** : | |

### ANSWER OF CLAIMANT GISELA AMADOR

COMES NOW Gisela Amador, by counsel, and responds as follows to the Verified Complaint for Forfeiture *in Rem* filed in this matter on June 27, 2005:

1. No response to this paragraph is required.

2. Admitted.

3. Admitted.

4. Admitted.

5. Claimant has insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

6. Claimant has insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

7. Admitted.

8. Denied.

9. Admitted.

10. Denied.

1

11. Claimant has insufficient knowledge or information which would allow formation of a belief as to the truth of the allegations contained in this paragraph.

12. See responses provided above.

13. Denied.

        Respectfully submitted,

        /s/ David B. Smith
        David B. Smith
        DC Bar No. 403068
        English & Smith
        526 King Street, Suite 213
        Alexandria, Virginia 22314
        (703) 548-8911
        Fax (703) 548-8935
        *Counsel for Claimant Amador*

## Certificate of Service

I hereby certify that a true copy of the foregoing answer was filed and served via the ECF system on this  20th  day of July 2005.

        /s/ David B. Smith
        David B. Smith