IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 1:05CV01280 |
| | : | |
| **FORTY-EIGHT THOUSAND NINE HUNDRED DOLLARS ($48,900.00) IN UNITED STATES CURRENCY,** | : | (Judge Henry H. Kennedy) |
| | : | |
| Defendant | : | |

## JURY TRIAL DEMAND

COMES NOW claimant Gisela Amador, by counsel, and hereby requests a trial by jury in this case.

Respectfully submitted,

 /s/ David B. Smith
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia  22314
(703) 548-8911
Fax (703) 548-8935
*Counsel for Claimant Amador*

## Certificate of Service

I hereby certify that a true copy of the foregoing Jury Trial Demand was filed and served via the ECF system on this   20th   day of July 2005.

 /s/ David B. Smith
David B. Smith