UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>555 Fourth St., N.W.<br>Washington, D.C. 20530,<br><br>        Plaintiff,<br>v.<br><br>FORTY-EIGHT THOUSAND NINE<br>HUNDRED DOLLARS ($48,900.00)<br>IN UNITED STATES CURRENCY,<br><br>        Defendant. | Civil Action No. 05-1280 (HHK) |

## STIPULATED ORDER OF SETTLEMENT

### BACKGROUND

Plaintiff, the United States of America, by and through the United States Attorney for the District of Columbia, and Gisela Amador (hereinafter: "Claimant"), by and through her counsel, David B. Smith, hereby notify this Court that the stated parties have assented to the terms of an agreement that will dispose of all issues contested between them in this civil forfeiture action. Furthermore, the parties enter into this Stipulated Order of Settlement (hereinafter: "Stipulation") in full awareness and with complete understanding that once the Court signs this Stipulation it becomes an Order of this Court, obligating the parties to comply with the terms of this Stipulation as a matter of law; and, collaterally, subjecting the signing parties to enforceable sanctions for non-compliance.

1. This civil action, *in rem*, was commenced by the United States Attorney for the District of Columbia when he filed the Government's forfeiture Complaint in the United States District Court for the District of Columbia on June 27, 2005. The Complaint alleges that the defendant

currency was derived from drug proceeds, in violation of 21 U.S.C. § 881(a)(6) and is, therefore, subject to forfeiture under the express terms of that statute. The undisputed facts are that the currency was seized from Claimant, on December 12, 2004, as she traveled onboard an Amtrak train that was *en route* from New York to Florida, while the train was temporarily stopped in Washington, D.C.

2. Claimant, through her counsel, filed a verified claim on July 15, 2005. And she filed her answer to the United States' complaint on July 20, 2005, challenging the Government's right to forfeit the seized currency. No other person or entity has filed a claim and the time for filing a claim has now expired.

## TERMS OF AGREEMENT

3. Plaintiff, United States of America, by and through the United States Attorney for the District of Columbia, and Claimant, by and through her counsel, David B. Smith, enter into this Stipulation for purposes of settlement of Plaintiff's claims and the Claimant's defenses, as follows:

Plaintiff and Claimant, hereby, expressly agree that:

a. this Stipulation pertains solely and exclusively to the defendant

property described as:

> forty-eight thousand nine hundred dollars ($48,900.00) in United States currency seized from Gisela Amador on December 12, 2004, onboard an Amtrak train that had temporarily stopped at Union Station in Washington, D.C.;

b. this Court has subject matter jurisdiction, as well as *in rem* and *in personam* jurisdiction to adjudicate this matter and to enforce the provisions of this

        settlement agreement;

c.    service of process and personal and public notice have been duly accomplished by the United States according to law;

d.    directly, or through their respective legal representatives, Plaintiff and Claimant have all participated in drafting this Stipulation;

e.    Plaintiff and Claimant enter into this Stipulation voluntarily, and no representations, inducements, coercion, or promises, excluding the statements contained herein, have been made as a condition of the execution of this Stipulation; and

f.    Plaintiff and Claimant wish to resolve all differences between them and have entered into this Stipulation in full and final settlement of any and all claims arising on or before the date that this Stipulation is executed that the Claimant has or may have that relate in any way to, or which arise from, the seizure of the defendant currency and/or this litigation.

**Claimant's Covenants**

4. With her signature below, and that of her counsel, Claimant understands, acknowledges and agrees that in exchange for her acceptance of a portion of the seized *res* in settlement of the above-captioned matter; to wit: sixty percent (60%) of the seized currency or $29,340.00, Claimant waives, renounces, forfeits and withdraws any and all legal and/or equitable claim, right, interest or title of any kind, nature or degree, in perpetuity, in or to the remaining amount of the seized *res*, to wit: forty percent (40%) of the seized currency, or $19,560.00. Claimant further acknowledges that the remaining forty percent (40%) of the seized

currency, $19,560.00, will be forfeited according to law, pursuant to the Proposed Final Order of Forfeiture, attached to this Stipulation as Exhibit No. 1. As such, the Claimant, hereby, agrees to withdraw, in writing, her claim to that portion of the seized *res* that will be forfeited to the United States, to wit: $19,560.00.

5. Claimant and her counsel further acknowledge with their respective signatures, below, that as a result of the execution of this Stipulation, all rights, claims, demands, and interests that Claimant has in this litigation, based on any and all claims arising out of the facts and circumstances of this lawsuit, will be discharged and extinguished forever.

**Government's Covenants**

6. For its part, with the signature of its representatives below, the Government agrees to prepare and deliver to Claimant's counsel a check in the amount of twenty-nine thousand three hundred and forty dollars ($29,340.00) which represents sixty percent (60%) of the seized currency. Once the Government delivers the aforementioned check to Claimant's counsel in the amount of twenty-nine thousand three hundred and forty dollars ($29,340.00), the Government agrees to waive, renounce, forfeit and withdraw any and all legal and/or equitable claims, rights, interest or title of any kind, nature or degree, in perpetuity, in that portion of the seized currency based on any and all claims and allegations arising out of the above-captioned civil forfeiture action.

**General Provisions**

7. The Parties shall bear their own costs, attorneys' fees and expenses incurred in connection with the forfeiture proceeding; and the Claimant expressly waives any and all rights, title and interest to fees, costs and other expenses under the terms of 28 U.S.C. § 2465.

8. Claimant agrees to waive forever any present or future right to bring suit against the United States and any of its agencies, officers, employees and agents for any cause of action related to this federal civil forfeiture action or to the underlying facts of this case.

9. Each Party represents and warrants for itself that it has the full right and authority to enter into this Agreement, and the officer, employee, agent or other representative executing this Agreement on its behalf has the full right and authority to do so, and fully to commit and bind it to this Agreement.

10. This Agreement may only be modified by a further amendment signed by representatives of the Plaintiff and Claimant Gisela Amador (and/or her legal representative(s)). This Agreement is the final written expression, and the complete and exclusive statement of all of the agreements, conditions, promises and covenants between the Plaintiff and Claimant, Gisela Amador, with respect to the subject matter hereof, and merges and supersedes all prior or contemporaneous written or oral representations, understandings or agreements.

11.   This Agreement shall be governed by, and construed in accordance with, the laws of the United States of America and this Court shall retain jurisdiction, as necessary, to enforce the terms of this Stipulation.

We, the undersigned, stipulate and agree to the foregoing.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

D.C. Bar No. 426301

*[signature]*
MICHAEL A. HUMPHREYS
Assistant United States Attorney
D.C. Bar No. 383353
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7065
Attorney for Plaintiff

*[signature: Gisela Amador]*
Gisela Amador
Claimant

*[signature: David B Smith]*
David B. Smith
Smith & English
526 King St. Suite 213
Alexandria, VA 22314
Attorney for Claimant

## ORDER

As executed by a United States District Judge and/or a United States Magistrate, below, the entire terms and conditions of this Stipulation are adopted as a fully enforceable order of the United States District Court for the District of Columbia.

Dated:_____, 2005        SO ORDERED:


                                     _____
                                     United States District Judge