UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                            )<br>            Plaintiff,             )<br>                                                            )<br>    v.                                                 )<br>                                                            )<br>FORTY-EIGHT THOUSAND NINE  )<br>HUNDRED DOLLARS ($48,900.00) )<br>IN UNITED STATES CURRENCY,    )<br>                                                            )<br>                                                            )<br>            Defendant.          )<br>_____) | Civil Action No. 05-1280 (HHK) |

## PRAECIPE

Please enter the appearance of Judith A. Kidwell as counsel for Plaintiff United States in this action and withdraw Michael Humphreys.

                                                  Respectfully submitted,

                                                  /s/
                                        _____
                                        JUDITH A. KIDWELL
                                        Assistant  United States Attorney
                                        555 4th St., N.W., Room 4818
                                        Washington, D.C. 20530
                                        202-514-7250

                                                  /s/
                                        _____
                                        MICHAEL A. HUMPHREYS
                                        DC Bar # 383353
                                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

     I HEREBY certify that I caused a copy of the foregoing to be served upon counsel for claimants:

David B. Smith
English & Smith
526 King Street, Suite 213
Alexandria, VA 22314

by means of the Court's ECF filing system, on this 19th day of January, 2006.

                    /s/

                  JUDITH A. KIDWELL
                  Assistant United States Attorney
                  555 4th St., N.W., Room 4818
                  Washington, D.C. 20530
                  202-514-7250