UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    555 Fourth St., N.W.<br>    Washington, D.C.  20530,<br><br>                      Plaintiff,<br><br>        v.<br><br>FORTY-EIGHT THOUSAND NINE<br>HUNDRED DOLLARS ($48,900.00)<br>IN UNITED STATES CURRENCY,<br><br>                      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action 05-1280 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

WHEREAS, the *in rem* defendant in this case, (hereinafter: "Defendant Property") consist of forty-eight thousand nine hundred dollars ($48,900.00) in United States currency seized from Gisela Amador on December 12, 2004, onboard an Amtrak train that had temporarily stopped at Union Station in Washington, D.C.;

WHEREAS, on June 27, 2005, the United States instituted this forfeiture action by filing its Complaint against the Defendant Property, alleging probable cause to believe that the Defendant Property was derived from drug proceeds in violation of 21 U.S.C. § 881(a)(6) and is, therefore, subject to forfeiture under the express terms of that statute;

WHEREAS, the United States duly completed notice and publication of this civil forfeiture action according to law;

WHEREAS, Gisela Amador (hereinafter: "Claimant") filed a timely claim and answer to the Complaint;

WHEREAS, only Claimant filed a claim and answer in this proceeding, and the time for such responses has expired;

WHEREAS, Claimant and the United States have informed this Court that they now desire to effect a full and final settlement of this civil forfeiture action upon the terms set forth in the accompanying Stipulated Order of Settlement, the terms of which are incorporated by reference, which both parties agree are reasonable under all of the circumstances of this case;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:

1. Nineteen thousand five hundred and sixty dollars ($19,560.00) of the Defendant Property is hereby forfeited to the United States of America.  The Claimant is, hereby, instructed to withdraw her claim, in writing, as a condition of this settlement.  Any claim of interest of the Claimant in the forfeited currency is hereby dismissed, and all other persons or entities claiming any right, title or interest in, or to, the forfeited currency are held in default.  The United States is hereby declared to have clear title to the forfeited currency.  The United States shall retain custody of the forfeited currency, identified as nineteen thousand five hundred and sixty dollars ($19,560.00); and shall dispose of it according to law.

2. Twenty-nine thousand three hundred forty dollars ($29,340.00) of the Defendant Property shall be returned to Claimant, by check made out to the Claimant and David B. Smith, Esq., Claimant's attorney.

      3. The United States and Claimant have agreed that the settlement of this matter upon the terms and conditions set forth herein, and as contained in the Stipulated Order of Settlement, attached, hereto and incorporated by referenced, is in full, final and complete satisfaction of any and all civil claims, including, without limitation, all such claims in law or equity, arising out of the seizure and detention of the Defendant Property, and the forfeiture of a portion thereof to the United States, and all rights of appeal have been waived. Furthermore, pursuant to 28 U.S.C. § 2465, each party shall bear her, or its, own fees, costs and other expenses incurred in connection with all proceedings pertaining directly or indirectly to this civil forfeiture.

      4. This shall be, and is, the full and final disposition of this civil forfeiture action.

      **SO ORDERED**:

                                                              Henry H. Kennedy, Jr.,
                                                              United States District Judge

Dated: February 2, 2006