IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 1:05CV01280 |
| : | |
| FORTY-EIGHT THOUSAND NINE : | (Judge Henry H. Kennedy) |
| HUNDRED DOLLARS ($48,900.00) : | |
| IN UNITED STATES CURRENCY, : | |
| : | |
| Defendant : | |

## WITHDRAWAL OF CLAIM OF GISELA AMADOR

COMES NOW Gisela Amador, by counsel, and hereby withdraws her claim of ownership to $19,560.00 of the funds seized from her on December 12, 2004 at Union Station in Washington, D.C.  These funds for which she hereby withdraws her claim are forfeited to the United States of America.  This withdrawal of the claim to a portion of the funds seized from her is filed pursuant to the Final Judgment and Order of Forfeiture entered in this matter by the Honorable Henry H. Kennedy, Jr. on February 2, 2006.

Respectfully submitted,

 /s/ David B. Smith
David B. Smith
DC Bar No. 403068
English & Smith
526 King Street, Suite 213
Alexandria, Virginia 22314
(703) 548-8911; Fax (703) 548-8935

## Certificate of Service

I hereby certify that a true copy of the foregoing pleading was filed via the ECF system on this 15th day of February, 2006.

 /s/ David B. Smith
David B. Smith